UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCESCA DIANE RIVELA,<br><br>        Plaintiff,<br><br>  -against-<br><br>T.J. MAXX; THE TJX COMPANIES, INC.;<br>T.J. MAXX, INC.,<br><br>        Defendants. | 22-CV-5240 (LJL)<br><br>ORDER OF SERVICE |

LEWIS J. LIMAN, United States District Judge:

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

  The Clerk of Court is directed to issue summonses as to Defendants T.J. Maxx; The TJX Companies, Inc.; and T.J. Maxx, Inc. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated: July 22, 2022
    New York, New York

                            LEWIS J. LIMAN
                           United States District Judge