```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FRANCESCA DIANE RIVELA,                                            :
                                                                   :
                         Plaintiff,                                :
                                                                   :          22-cv-05240 (LJL)
        -v-                                                        :
                                                                   :              ORDER
T.J. MAXX, THE TJX COMPANIES, INC., AND T.J.                       :
MAXX, INC.,                                                        :
                                                                   :
                         Defendants.                               :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2023

LEWIS J. LIMAN, United States District Judge:

      An Initial Pretrial Conference was held in this matter on April 17, 2023. Pro Se Plaintiff and counsel for Defendants appeared at the conference. This order memorializes all rulings set at the conference, including the trial and pretrial deadlines set by the Court. The case management plan was approved and will be entered on the docket. Parties are to be referred to the court-annexed Mediation Program, and pro bono counsel will be assigned to Plaintiff for purposes of the mediation, through separate order of the Court.

      Parties are to submit a joint pretrial order, motions in limine, requests to charge, and proposed voir dire by February 9, 2024. Oppositions to motions in limine and objections to proposed voir dire and requests to charge are due by February 16, 2024. A Final Pretrial Conference is scheduled for February 21, 2024, at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. A Jury Trial is scheduled for February 26, 2024, at 9:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: April 19, 2023
      New York, New York

                                        LEWIS J. LIMAN
                                United States District Judge

3