UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FRANCESCA DIANE RIVELA, :
:
:
Plaintiff, :
: 22-cv-05240 (LJL)
-v- :
: <u>SCHEDULING ORDER</u>
:
T.J. MAXX et al, :
:
Defendants. :
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2023
```

LEWIS J. LIMAN, United States District Judge:

  The Court held a teleconference regarding Defendants' letter motion for outstanding discovery on July 19, 2023. Dkt. No. 16. At that conference, the Court concluded that Plaintiff had shown good cause for failing to satisfy the deadlines in the Case Management Plan with respect to service of her initial disclosures, document demands, and interrogatories. The Court extended the deadline for Plaintiff to serve her initial disclosures, document demands, and interrogatories to July 26, 2023. The Court also set a deadline of July 26, 2023 for Plaintiff to respond to Defendants' document demands. Plaintiff is reminded that failure to comply with these new dates set by the Court may result in sanctions from preclusion of evidence or defenses up to being deemed in default.

  At the teleconference, the Court also extended the deadlines for fact discovery to October 20, 2023, all discovery to December 22, 2023, motions for summary judgment to January 19, 2024, depositions to October 13, 2023, and requests to admit to October 6, 2023.

  The Clerk of Court is respectfully directed to close Dkt. No. 16.

  SO ORDERED.

Dated: July 20, 2023
   New York, New York
                   _____
                      LEWIS J. LIMAN
                     United States District Judge