Case 1:22-cv-05240-DEH  Document 30  Filed 02/26/24  Page 1 of 1



# WEINER LAW GROUP LLP

629 Parsippany Road
Parsippany, New Jersey 07054
P (973) 403-1100  F (973) 403-0010
www.weiner.law

**PHILIP H. ZIEGLER**  pziegler@weiner.law
**Partner**

February 23, 2024

**VIA PACER**
Hon. Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: **Francesca Diane Rivela v. T.J. Maxx et al.**
Index No.: 22-CV-5240 (DEH)
Our File #: TJX.104

Dear Judge Ho:

Please be advised, the undersigned represents the defendant T.J. Maxx in the above-referenced matter. This is to advise the Court that mediation has been scheduled for March 11, 2024 with the mediator assigned to the case, Susan Lushing, Esq.

Respectfully submitted,

WEINER LAW GROUP LLP

By: _Philip H. Ziegler_
PHILIP H. ZIEGLER, ESQ.
Member of the Firm

PHZ:bc

c: Francesca Rivela, *Pro Se* - via PACER and email: francescarivela@gmail.com

#3500799v1

Atlantic City ♦ Bayonne ♦ Bridgewater ♦ Hoboken ♦ New York City ♦ Parsippany ♦ Red Bank ♦ Vineland

---

**Memo Endorsement:**

An order issued January 29, 2024, adjourned the deadlines to complete expert discovery and file summary judgment motions through the conclusion of mediation. That adjournment remains in place. The parties shall file a further status letter regarding mediation and, if necessary, next steps in this litigation, by **March 15, 2024.** So Ordered.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 29.

_Dale E. Ho_
Dale E. Ho
United States District Judge
Dated: February 26, 2024
New York, New York