UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCESCA DIANE RIVELA,<br><br>                 Plaintiff,<br><br>    v.<br><br>T.J. MAXX, et al.,<br><br>                 Defendants. | 22 Civ. 5240 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

      An order issued February 26, 2024, directed the parties to file a status letter regarding the progress of mediation by March 15, 2024.  *See* ECF No. 30.  No such letter was filed.  It is hereby **ORDERED** that the parties shall file the required status letter as soon as possible and no later than **March 20, 2024.**

      SO ORDERED.

Dated: March 18, 2024
       New York, New York

                                             DALE E. HO
                                United States District Judge